# United States Court of Appeals

## For the Eighth Circuit

———————————————————

No. 15-1417

———————————————————

Hollis Devin Martz,

*Plaintiff - Appellant*,

v.

Ojiugo Iko, Doctor, Varner Unit; LaSonya Griswold, Nurse, Varner Unit; Deborah L. York, HSA, Varner Unit; Melanie Jones Foster, Doctor, Wrightsville Unit,

*Defendants - Appellees*.

————————

Appeal from United States District Court
for the Eastern District of Arkansas - Pine Bluff

————————

Submitted: July 3, 2015
Filed: July 17, 2015
[Unpublished]

————————

Before SMITH, BOWMAN, and COLLOTON, Circuit Judges.

————————

PER CURIAM.

Arkansas inmate Hollis Martz appeals the district court's[1] interlocutory order denying his motion for a preliminary injunction in this 42 U.S.C. § 1983 action. After careful review of the record and the parties' arguments on appeal, we conclude that the district court did not abuse its discretion. *See* 28 U.S.C. § 1292(a)(1) (appellate jurisdiction); *St. Louis Effort for AIDS v. Huff*, 782 F.3d 1016, 1021 (8th Cir. 2015) (standard of review); *Dataphase Sys., Inc. v. CL Sys., Inc.*, 640 F.2d 109, 113 (8th Cir. 1981) (en banc) (preliminary-injunction factors). Accordingly, we affirm. *See* 8th Cir. R. 47B.

———————————————

[1]The Honorable D.P. Marshall, Jr., United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Jerome T. Kearney, United States Magistrate Judge for the Eastern District of Arkansas.